**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| KHADIJAH-MARYAM LANASE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:26-cv-00394-MPB-MG |
| | ) | |
| CREDIT UNION OF NEW JERSEY; | ) | |
| TRANS UNION, LLC; and EQUIFAX | ) | |
| INFORMATION SERVICES, LLC | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CREDIT UNION OF NEW JERSEY'S RULE 7.1 DISCLOSURE**
**STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Credit Union of New Jersey, a nongovernmental corporate entity, by counsel, hereby provides the following disclosure:

1. Credit Union of New Jersey is not a subsidiary of any entity.

2. No publicly held corporation owns more than ten percent stock of Credit Union of New Jersey.

Dated: May 22, 2026                   Respectfully submitted,

/s/ Alexis French
Thomas C. Kus (#14875-49)
Alexis French (#39693-49)
**Gordon Rees Scully Mansukhani LLP**
600 East 96th Street, Suite 501
Indianapolis, Indiana 46240
Telephone:    (317) 713-0902
E-Mail:    tkus@grsm.com
             afrench@grsm.com

*Counsel for Defendant Credit Union of New Jersey*

1

## CERTIFICATE OF SERVICE

I hereby certify that, on May 22, 2026, a true and correct copy of the foregoing document was served on all counsel of record via the ECF filing system.

/s/ Alexis French

Alexis French

2