UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| **Khadijah-Maryam Lanase,**<br><br>Plaintiff,<br><br>v.<br><br>**Credit Union of New Jersey; Trans Union, LLC; and Equifax Information Services, LLC,**<br><br>Defendants. | Case No. 1:26-cv-00394-MPB-MG |

**JOINT NOTICE OF SETTLEMENT
AS TO DEFENDANT EQUIFAX**

NOTICE IS HEREBY GIVEN that Plaintiff Amber Johnson and Defendant Equifax Information Services, LLC ("**Equifax**") (collectively, the "**Settling Parties**") have settled all claims between them in this matter. The Settling Parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with Prejudice as to Equifax within the next forty-five (45) days. The Settling Parties jointly request that the Court vacate all pending deadlines and hearings in this matter as to Equifax. The Settling Parties also request that the Court retain jurisdiction for any matters related to completing and/ or enforcing settlement.

Respectfully submitted,

*For Plaintiff:*

/s/Guerino Cento
Guerino Cento
CENTO LAW
5666 Carrollton Avenue
Indianapolis, IN 46220
317-908-0678
cento@centolaw.com

*For Equifax:*

/s/Sylas Kern (with permission)
Sylas Kern
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Direct: +1-312-460-5413
Fax: +1-312-460-7126
skern@seyfarth.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed electronically on the 3rd day of June, 2026, with the Clerk of the Court by using the CM/ECF system, which will send electronic notice to all counsel of record.

*/s/Guerino Cento*
Guerino Cento