UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Khadijah-Maryam Lanase,**<br><br>        Plaintiff,<br><br>    v.<br><br>**Credit Union of New Jersey; Trans Union, LLC; and Equifax Information Services, LLC,**<br><br>        Defendants. | Case No. 1:26-cv-00394-MPB-MG |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, Khadijah-Maryam Lanase, hereby moves to extend the deadline by which Plaintiff must respond to Defendant Credit Union of New Jersey's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction (Doc. 20) (the "**Motion to Dismiss**") and in support of her motion, states as follows:

1.    CUNJ filed its Motion to Dismiss on May 20, 2026.

2.    Pursuant to this Court's local rules, Plaintiff's response is due on June 10, 2026.

3.    Since CUNJ's motion was filed, Plaintiff and Discovery have been discussing a possible voluntary/agreed transfer of this case and settlement. However, the parties need additional time to conclude those discussions.

4. Accordingly, Plaintiff seeks to extend Plaintiff's deadline to respond to CUNJ's pending motion by thirty (30) days to and including July 10, 2026.

5. This motion is made in good faith, not for the purposes of delay, and granting it will not prejudice any party.

6. This is Plaintiff's first request for an extension of time.

7. CUNJ does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that Plaintiff's deadline to respond to CUNJ's Motion to Dismiss be extended to July 10, 2026.

Respectfully submitted,

*/s/Guerino Cento*
Guerino Cento
CENTO LAW
5666 Carrollton Avenue
Indianapolis, IN 46220
317-908-0678
cento@centolaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed electronically on the 10th day of June, 2026, with the Clerk of the Court by using the CM/ECF system, which will send electronic notice to all counsel of record.

*/s/Guerino Cento*
Guerino Cento