UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Khadijah-Maryam Lanase,** | Case No. 1:26-cv-00394-MPB-MG |
| Plaintiff, | |
| v. | |
| **Credit Union of New Jersey; Trans Union, LLC; and Equifax Information Services, LLC,** | |
| Defendants. | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Having reviewed the Plaintiff's Unopposed Motion for Extension of Time, and good cause appearing, it is hereby

ORDERED AND ADJUDGED that Plaintiff's deadline to respond to Defendant Credit Union of New Jersey's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction (Doc. 20) is hereby extended to July 10, 2026.

SO ORDERED this _____ day of June, 2026.

_____
United States Magistrate Judge