UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Khadijah-Maryam Lanase,** | Case No. 1:26-cv-00394-MPB-MG |
| Plaintiff, | |
| v. | |
| **Credit Union of New Jersey; Trans Union, LLC; and Equifax Information Services, LLC,** | |
| Defendants. | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Having reviewed the Plaintiff's Unopposed Motion for Extension of Time, and good cause appearing, it is hereby

ORDERED AND ADJUDGED that Plaintiff's motion is **GRANTED** and is hereby extended to July 10, 2026.

SO ORDERED.

Date: 6/22/2026

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution list:
Registered counsel of record via Court's CM/ECF System