UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KHADIJAH-MARYAM LANASE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00394-MPB-MG |
| | ) | |
| CREDIT UNION OF NEW JERSEY, | ) | |
| TRANS UNION, LLC, | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR JUNE 10, 2026
INITIAL PRETRIAL CONFERENCE
HON. MARIO GARCIA, MAGISTRATE JUDGE**

The parties appeared by counsel for a Telephonic Initial Pretrial Conference.   The Court will approve the Case Management Plan, by separate order, as submitted.

This matter is scheduled for a telephonic status conference on **Thursday, October 8, 2026 at 9:30 a.m. (Eastern)** to discuss case status.   Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 6/25/2026

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.