UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| **Khadijah-Maryam Lanase,**<br><br>Plaintiff,<br><br>v.<br><br>**Credit Union of New Jersey; Trans Union, LLC; and Equifax Information Services, LLC,**<br><br>Defendants. | Case No. 1:26-cv-00394-MPB-MG |

**JOINT NOTICE OF SETTLEMENT
AS TO DEFENDANT TRANS UNION**

NOTICE IS HEREBY GIVEN that Plaintiff Khadijah-Maryam Lanase and Defendant Trans Union, LLC ("**Trans Union**") (collectively, the "**Settling Parties**") have settled all claims between them in this matter. The Settling Parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with Prejudice as to Trans Union within the next forty-five (45) days. The Settling Parties jointly request that the Court vacate all pending deadlines and hearings in this matter as to Trans Union. The Settling Parties also request that the Court retain jurisdiction for any matters related to completing and/ or enforcing settlement.

Respectfully submitted,

*For Plaintiff:*

<u>*/s/Guerino Cento*</u>
Guerino Cento
CENTO LAW
5666 Carrollton Avenue
Indianapolis, IN 46220
317-908-0678
<u>cento@centolaw.com</u>

*For Trans Union:*

<u>*/s/Katherine Carlton Robinson (with permission)*</u>
Katherine Carlton Robinson, Esq.
(#31694-49)
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  317-954-0717
E-mail:
<u>katherine.carltonrobinson@transunion.com</u>

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed electronically on July 7, 2026, with the Clerk of the Court by using the CM/ECF system, which will send electronic notice to all counsel of record.

*/s/Guerino Cento*
Guerino Cento